**No. 62256.**—East West Merchandise Co. *v.* United States, protest 325527–K (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of iron pictures the same as those the subject of *Marshall Field & Co.* v. *United States* (45 C. C. P. A. 72, C. A. D. 676), the claim of the plaintiff was sustained.

**No. 62257.**—Traveler Trading Co. *v.* United States, protests 311904–K (A), 311904–K (B), and 313144–K (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of artificial flowers the same in all material respects as those the subject of Abstract 61346, the claim of the plaintiff was sustained.

**No. 62258.**—Levin Bros. et al. *v.* United States, protests 326976–K, etc.   (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of shell water flowers the same in all material respects as those the subject of Abstract 61346, except that the merchandise herein is in chief value of shell, the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, AUGUST 5, 1958

**No. 62259.**—Aristocrat Leather Products, Inc. *v.* United States, protest 313945–K (New York).

Opinion by JOHNSON, J.   In accordance with rule 5 (b) of this rules of this court, as amended, the protest was dismissed for lack of prosecution.